DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN TUTTLE,**
Appellant,

v.

**5816 WARING PARTNERS, LLC** and **4000 S. OCEAN BLVD., LLC,**
Appellees.

No. 4D2024-2318

[December 4, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 50-2023-CA-016321-XXXA-MB.

Timothy W. Schulz of Timothy W. Schulz, P.A., West Palm Beach, for appellant.

Victor Petrescu of Levine Kellogg Lehman Schneider + Grossman LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***